

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00579-CV

**R&S GROUP, LLC D/B/A RIGHT SOURCE CONSTRUCTION**,
Appellant

v.

**SCOTTSDALE INSURANCE COMPANY**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2018CV05292
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Beth Watkins, Justice

Delivered and Filed: January 6, 2021

DISMISSED

On November 30, 2020, appellant filed a motion for an extension of time to file a notice of appeal. We granted the motion and ordered a notice of appeal, if any, due by December 13, 2020. Appellant has not filed a timely notice of appeal. "In the absence of a timely notice of appeal, this Court lacks jurisdiction over the appeal, and therefore, can take no action other than to dismiss the appeal." *In re G.S.*, No. 04-17-00237-CV, 2017 WL 2457052, at *1 (Tex. App.—San Antonio June 7, 2017, no pet.) (mem. op.). This appeal is therefore dismissed.

PER CURIAM